**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FINANCIAL INFORMATION
TECHNOLOGIES, LLC,**

    **Plaintiff,**

v.                                          CASE NO. 8:17-cv-00190-T-23MAP

**ICONTROL SYSTEMS, USA, LLC,**

    **Defendant.**
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO ICONTROL'S
RESPONSE TO PLAINTIFF'S OBJECTIONS TO JUNE 12, 2018 ORDER**

Plaintiff Financial Information Technologies, LLC ("Fintech"), by and through its undersigned counsel and pursuant to Local Rule 3.01(c), hereby respectfully requests leave to file a brief reply to iControl's Response to Plaintiff's Objections to June 12, 2018 Order. [Doc. 178]. The grounds upon which the instant motion is based are set forth in the following supporting memorandum of law.

**SUPPORTING MEMORANDUM OF LAW**

On June 12, 2018, the Court entered an Order [Doc. 120] denying: (1) Plaintiff's Motion for Discovery Sanctions [Doc. 92], (2) Plaintiff's Motion for Leave to Supplement the Summary Judgment Record [Doc. 94], (3) Plaintiff's Motion for Leave to File a Reply to iControl's Response to Plaintiff's Motion for Discovery Sanctions [Doc. 104], and (4) Plaintiff's Motion to Remove "Attorneys' Eyes Only" ("AEO") Designation from Certain Documents [Doc. 105].

On June 26, 2018, Fintech filed its Objections thereto ("Objections"). [Doc. 130].

On July 10, 2018, iControl filed its response to Fintech's objections ("Response"). [Doc. 178]. iControl argued, among other things, that

> Fintech's Objection is moot because the Magistrate has already issued its Report and Recommendation on iControl's Summary Judgment Motion. Although Fintech has challenged a portion of the Magistrate's Report and Recommendation regarding the injurious falsehood claim, it does not challenge the Magistrate's decision regarding Fintech's misappropriation claims. Thus, it is now pointless for Fintech to pursue reconsideration of motions it filed exclusively to obtain information to attempt to refute the misappropriation portion of iControl's summary judgment motion.

[*Id.* at 2].

Fintech seeks leave to file a short reply to iControl's Response, consisting of no more than three (3) pages, to show why Fintech's Objections are not moot. In short, Fintech will argue that: (1) the objections to the denial of Plaintiff's Motion to Remove "Attorneys' Eyes Only" Designation from Certain Documents [Doc. 105] are not moot because the removal of the "Attorneys' Eyes Only" designations is necessary for Fintech to meaningfully prepare its witnesses to testify at trial, and (2) the objections to the denial of Plaintiff's Motion for Discovery Sanctions are not moot because the relief Fintech requested therein—i.e., leave to depose Mark Lopez on the subject of the documents that iControl produced after the close of discovery on March 27, 2018—is necessary for Fintech to effectively examine Mr. Lopez at trial.

WHEREFORE, Fintech respectfully requests that the Court grant Fintech leave to file a three (3) page reply to iControl's Response to Plaintiff's Objections to June 12, 2018 Order. [Doc. 178].

Respectfully submitted,

/s/Tristan J. Reiniers
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Tristan J. Reiniers
Florida Bar No. 0119358
Email: reinierst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida  33602
Telephone: (813) 318-5700
Facsimile:  (813) 318-5900
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

**I HEREBY CERTIFY** that counsel for the Plaintiff conferred with Defendant's counsel pursuant to Local Rule 3.01(g), and the Defendant's counsel opposes the relief sought herein.

/s/ Tristan J. Reiniers
Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19, 2018, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert L. Rocke, Esq.<br>
rrocke@rmslegal.com<br>
Jonathan B. Sbar, Esq.<br>
jsbar@rmslegal.com<br>
Andrea K. Holder, Esq.<br>
aholder@rmslegal.com<br>
ROCKE, McLEAN & SBAR, P.A.<br>
2309 S. MacDill Avenue<br>
Tampa, Florida 33629

                                               /s/ Tristan J. Reiniers
                                                            Attorney

*TPA 512451437v1*